1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE M. SCHAMBER, | Case No. 2:15-cv-00427-JAK-AGR |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULTION TO DISMISS CASE** |
| O'REILLY AUTOMOTIVE STORES, INC., and DOES 1-100, inclusive, | |
| | **JS-6** |
| Defendants. | |
| | JUDGE: Hon. John A. Kronstadt |

Based on the Stipulation entered into by Defendant O'REILLY AUTO ENTERPRISES, LLC, which Defendant alleges Plaintiff erroneously sued as "O'REILLY AUTOMOTIVE STORES, INC." ("Defendant"), and Plaintiff CHRISTINE M. SCHAMBER, ("Plaintiff") (collectively "the Parties"), through their respective counsel, and for other good cause appearing, the Court hereby orders as follows:

/ / /

/ / /

/ / /

1  IT IS ORDERED THAT: Case No. 2:15-cv-00427-JAK-AGR is dismissed
2  without prejudice. This dismissal shall have no impact on the case and claims
3  currently pending in Case No. 2-15-CV-00169-JAM-CKD in the Eastern District.
4  **IT IS SO ORDERED.**

6  DATED: April 23, 2015

By:_____
Hon. John A. Kronstadt
USDC, Central District of California